# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LUIS ANTONIO DELREAL,<br><br>    Defendant. | Case No. 19-CR-1861 JAH<br><br>**ORDER EXCLUDING TIME**<br><br>The Honorable John A. Houston |

In light of the current state of discovery and the recent plea offer in this case, and the need for the Defendant to continue reviewing his case and to decide how to proceed, the Court grants the Government's motion to exclude time in this matter through July 29, 2019, the date of the next status hearing. For the reasons noted in the Government's motion, the Court finds that the ends of justice served by taking such action outweigh the best interest of the Defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated: July 25, 2019

_____
The Honorable John A. Houston
UNITED STATES DISTRICT JUDGE