UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 19cr1861-JAH |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO EXTEND DEADLINE FOR SELF-SURRENDER ON SENTENCE (Doc. No. 43).** |
| LUIS DELREAL, | |
| Defendant. | |

Pending before the Court is Defendant Luis Del Real's Emergency Motion to Extend Deadline for Self-Surrender on Sentence. Doc. No. 43. Upon consideration of the motion, IT IS HEREBY ORDERED that the self-surrender date for Mr. DelReal be extended to **no later than May 19, 2020, before 2:00 p.m**. Mr. DelReal is to make arrangements to return any electronic monitoring to the pretrial services office in the Southern District prior to his self-surrender. All other terms and conditions are to remain in effect. IT IS FURTHER ORDERED that the surety is to file an acknowledgment of this extension by March 27, 2020.

**IT IS SO ORDERED**.

Dated: March 20, 2020

_____
JOHN A. HOUSTON
United States District Court