UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS DEL REAL,<br><br>Defendant. | CASE NO.:  19cr1861-JAH<br><br>**ORDER GRANTING MOTION TO EXTEND DEADLINE FOR SELF-SURRENDER ON SENTENCE (See Doc. No. 46)** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the self-surrender date for Mr. Del Real be extended to **no later than July 1, 2020 before 2 p.m.** Mr. Del Real is to make arrangements to return any electronic monitoring to the pretrial services office in the Southern District prior to his self-surrender.  All other terms and conditions are to remain in effect.

**IT IS FURTHER ORDERED** that the surety is to file an acknowledgment of this extension by May 29, 2020.

**IT IS SO ORDERED**.

DATED:  May 19, 2020

_____

JOHN A. HOUSTON
United States District Judge